**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **INSIGHT MANAGEMENT GROUP INCORPORATED** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **INSIGHT RADIOLOGY**<br>**InSight RADIOLOGY PUERTO RICO** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **66-0612428** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **East Medical & Professional Center Carr. # 3**<br>**Canovanas, PR 00729**<br>Number, Street, City, State & ZIP Code | **PO Box 1699**<br>**Canovanas, PR 00729-1699**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Canovanas**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | **PR 3 KM 19.9 Canovanas, PR 00729**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.inradiology.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **INSIGHT MANAGEMENT GROUP INCORPORATED**          Case number (*if known*) _____

        Name

---

**7.**   **Describe debtor's business**    A. *Check one:*

 ■   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Railroad (as defined in 11 U.S.C. § 101(44))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐   None of the above

B. *Check all that apply*

☐   Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐   Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __62,621__

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐   Chapter 7

☐   Chapter 9

■   Chapter 11. *Check all that apply.*

     ■   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐   The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐   A plan is being filed with this petition.

     ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■   No.

☐   Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

---

Debtor  **INSIGHT MANAGEMENT GROUP INCORPORATED**               Case number (*if known*) _____
             Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor **INSIGHT MANAGEMENT GROUP INCORPORATED**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ■ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**                    Case number (*if known*) _____
     Name

---

███   **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 22, 2023**
             MM / DD / YYYY

*Jose A Romero*

X **/s/ JOSE A ROMERO CRUZ** _____        **JOSE A ROMERO CRUZ** _____
   Signature of authorized representative of debtor                Printed name

Title   **PRESIDENT** _____

---

**18. Signature of attorney**

X **/s/ Javier Vilarino** _____        Date **February 22, 2023**
   Signature of attorney for debtor                        MM / DD / YYYY

**Javier Vilarino** _____
Printed name

**Vilarino & Associates** _____
Firm name

**PO BOX 9022515**
**SAN JUAN, PR 00902-2515** _____
Number, Street, City, State & ZIP Code

Contact phone   **(787) 565-9894** _____        Email address   **jvilarino@vilarinolaw.com** _____

**223503** _____
Bar number and State

*JaR*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **INSIGHT MANAGEMENT GROUP INCORPORATED** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO, SAN JUAN DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adsuar, Muñiz, Goyco, Seda & Pérez-Ochoa PO Box 70294 San Juan, PR 00936-8294 | | | Contingent Unliquidated Disputed | | | $33,044.87 |
| AT & T MOBILITY 103 Ave Ortegon Apt In Guaynabo, PR 00966-2505 | | | | | | $28,498.47 |
| CIRACET Corp. PO Box 8970 Ponce, PR 00732-8970 | | | Contingent Unliquidated Disputed | | | $229,102.03 |
| Computer Inn Corp 145 F D ROOSEVELT AVE San Juan, PR 00901-2403 | | | | | | $26,414.96 |
| CRIM PO BOX 195387 San Juan, PR 00919-5387 | | | Contingent Unliquidated Disputed | | | $711,932.50 |
| CRIM PO BOX 195387 San Juan, PR 00919-5387 | | | Contingent Unliquidated Disputed | | | $95,761.99 |
| DLA IMAGING LLC 10 Calle S # M RIVERA FERRER URB SAN PATRICIO Guaynabo, PR 00965-5222 | | | Contingent Unliquidated Disputed | | | $31,995.33 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor __INSIGHT MANAGEMENT GROUP INCORPORATED_____    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Liberty CableVision** PO Box 192296 San Juan, PR 00919-2296 | | | **Contingent Unliquidated Disputed** | | | **$36,067.30** |
| **LUMA** PO Box 363508 San Juan, PR 00936-3508 | | | **Contingent Unliquidated Disputed** | | | **$42,671.33** |
| **LUMA** PO Box 363508 San Juan, PR 00936-3508 | | | **Contingent Unliquidated Disputed** | | | **$35,046.70** |
| **LUMA** PO Box 363508 San Juan, PR 00936-3508 | | | **Contingent Unliquidated Disputed** | | | **$243,887.10** |
| **Madison Capital** 11433 Cronridge Dr Ste F Owings Mills, MD 21117-2294 | | **Trade debt** | **Contingent Unliquidated Disputed** | **$140,000.00** | **$0.00** | **$140,000.00** |
| **MDTIMELINE, LLC** 405 Ave Esmeralda PMB 396 Ste 11 Guaynabo, PR 00965 | | | **Contingent Unliquidated Disputed** | | | **$68,532.87** |
| **Municipio DE CANOVANAS** PO Box 1612 Canovanas, PR 00729-1612 | | | **Contingent Unliquidated Disputed** | | | **$24,718.89** |
| **Municipio DE CANOVANAS** PO Box 1612 Canovanas, PR 00729-1612 | | | | | | **$68,804.15** |
| **PR Treasury Department** PO BOX 9024140 San Juan, PR 00902-4140 | | | **Contingent Unliquidated Disputed** | | | **$182,169.12** |
| **PR Treasury Department** PO BOX 9024140 San Juan, PR 00902-4140 | | | **Contingent Unliquidated Disputed** | | | **$473,193.03** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **INSIGHT MANAGEMENT GROUP INCORPORATED**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Puerto Rico Department of Labor Bureau of Legal Affairs - 18th Floor PO Box 71592 San Juan, PR 00936-8692** | | | | | | **$26,684.68** |
| **PUERTO RICO HOSPITAL SUPPLY INC BARRIO MARTIN GONZALEZ CARR 860 KM 0.1 Carolina, PR 00979-0158** | | | **Contingent Unliquidated Disputed** | | | **$104,357.37** |
| **US SMALL BUSINESS ADMINISTRATION COMMERCIAL LOAN SERVICING CENTER 2120 Riverfront Dr Ste 100 Little Rock, AR 72202-1794** | | | **Contingent Unliquidated Disputed** | **$500,000.00** | **$0.00** | **$500,000.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re  **INSIGHT MANAGEMENT GROUP INCORPORATED**   Case No.
_____
Debtor(s)                Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ........................................... $ _____

Prior to the filing of this statement I have received ........................... $ _____

Balance Due ................................................................................. $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ......... $         **12,247.00**

The undersigned shall bill against the retainer at an hourly rate of .......... $          **350.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **In return for the above-disclosed fee, we have also agreed to render the following legal services:**
   **a. Meet with the debtor to review the debtor's debts, assets, liabilities, income, and expenses.**
   **b. Explain to the debtor how the attorney's fees and trustee's fees are paid and provide an executed copy of this document to the debtor.**
   **c. Advise the debtor of the requirement to attend the § 341 Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.**
   **d. Advise the debtor of the need to file any due tax returns prior to the § 341 Meeting of Creditors.**
   **e. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.**
   **f. Timely prepare and file the debtor's petition, statements and schedules.**
   **g. Appear at the § 341 Meeting of Creditors with the debtor.**
   **h. Prepare, file, and serve necessary amended statements and schedules, in accordance with information provided by the debtor.**
   **i. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor.**
   **j. Represent the debtor in motions for relief from stay and motions to dismiss.**
   **k. Provide such other legal services as are necessary for the administration of the present case before the bankruptcy court.**

In re    **INSIGHT MANAGEMENT GROUP INCORPORATED**      Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

> **This agreement does not contemplate any work in local state courts, administrative courts, or any other forum other than the Bankruptcy Court. Adversary proceedings and appeals are also outside the scope of agreement with the debtor(s).**

---

<b>CERTIFICATION</b>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 22, 2023** | **/s/ Javier Vilarino** |
| *Date* | **Javier Vilarino** |
| | *Signature of Attorney* |
| | **Vilarino & Associates** |
| | |
| | **PO BOX 9022515** |
| | **SAN JUAN, PR 00902-2515** |
| | **(787) 565-9894** |
| | **jvilarino@vilarinolaw.com** |
| | *Name of law firm* |

---

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

**IN RE:**                                                    Case No. _____

_____
**INSIGHT MANAGEMENT GROUP INCORPORATED**          Chapter **11** _____
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

*Jose A Romero*

Date: **February 22, 2023** _____     Signature: **/s/ JOSE A ROMERO CRUZ** _____
                                              **JOSE A ROMERO CRUZ, PRESIDENT**                    Debtor

Date: _____     Signature: _____
                                                                              Joint Debtor, if any

3R TRANSPORT MEDICAL WASTE
20 Ave Luis Munoz Marin # PMB 293
Caguas, PR  00725-1956


A.R. DISTRIBUTORS CLEANING SUPPLIES
Urb. Crown Hill
1791 Calle Jajome
San Juan, PR  00926-6034


ADECCO PERSONNEL SERVICES, INC.
PO Box 1151
Manati, PR  00674-1151


Adsuar, Muñiz, Goyco, Seda & Pérez-Ochoa
PO Box 70294
San Juan, PR  00936-8294


AGUADILLA SELF STORAGE
PO Box 250565
Aguadilla, PR  00604-0565


AJ & ASSOCIATES P.S.C.
PO Box 361274
San Juan, PR  00936-1274


Alpha Biomedical & Diagnostic Corp
PO Box 670
Caguas, PR  00726-0670

American College of Radiology
PO Box 412722
Boston, MA  02108-2722


Aquino, De Córdova, Alfaro & Co., LLP
PO Box 70262
San Juan, PR  00936-8262


AT & T MOBILITY
103 Ave Ortegon Apt In
Guaynabo, PR  00966-2505


Autoridad de Acueductos Alcantarillados
PO Box 7066
San Juan, PR  00916-7066


Banco Popular de PR
PO BOX 362708
San Juan, PR  00936-2708


BIO COUNSELORS AT LAW, LLC
Plaza
273 Suite 912 273 Ponce de Leon Ave
San Juan, PR  00901


BUSINESS ADVISORS CORP.
B16 Sunset Sunrise Palmas del Mar
Humacao, PR  00791

CARIBBEAN STONE PRODUCT, INC.
PO Box 86
Vega Baja, PR  00694-0086


CG PRINTING GROUP LLC
PO Box 30
Canovanas, PR  00729-0030


CIRACET Corp.
PO Box 8970
Ponce, PR  00732-8970


Cloquet Capital Partners LLC
285 Hawks Hill Rd
New Canaan, CT  06840-6549


Computer Inn Corp
145 F D ROOSEVELT AVE
San Juan, PR  00901-2403


CONWASTE BIOM
PO Box 1322
Gurabo, PR  00778-1322


CRESPO REFRIGERATION SERVICE & AIR CONDI
URB. GUANAJIBO HOME
599 Blvd Guanajibo
Mayaguez, PR  00682-1142

CRIM
PO BOX 195387
San Juan, PR   00919-5387


DEPARTAMENTO DE SALUD
PO Box 70184
San Juan, PR   00936-8184


DLA IMAGING LLC
10 Calle S
# M RIVERA FERRER URB SAN PATRICIO
Guaynabo, PR   00965-5222


FB PROPERTIES, INC.
PMB 465
 # 90 AVE RIO HONDO
Bayamon, PR   00956-3105


FEDERAL AND DRUG ADMNISTRATION
MQSA Program
466 Fernandez Juncos Ave
San Juan, PR   00901-3223


FIRE FOE, INC.
PO Box 4656
Carolina, PR   00984-4656

```
GA DE PUERTO RICO
Urb. Las Palmas de Cerro Gordo
E24 Ave Las Palmas
Vega Alta, PR  00692


GUERBET CARIBBEAN INC
PO Box 9022946
San Juan, PR  00902-2946


INTEGRUM LLC
1 Calle Villegas Apt 7301
Guaynabo, PR  00971-9239


IRS
PO Box 80110
Cincinnati, OH  45280-0110


Jasmin Rodriguez Garcia
Condominio Midtown
421 Ave Munoz Rivera # 205
San Juan, PR  00918-3115


LANDAUER INC`
2 Science Rd
Glenwood, IL  60425-1531


Liberty CableVision
PO Box 192296
San Juan, PR  00919-2296
```

```
LUMA
PO Box 363508
San Juan, PR  00936-3508


Madison Capital
11433 Cronridge Dr Ste F
Owings Mills, MD  21117-2294


Madison Funding LLC
11433 Condrigue Dr Ste F
Owings Mills, MD  21117


McKESSON MEDICAL & VACCINE
6555 State Highway 161
Irving, TX  75039-2402


MDTIMELINE, LLC
405 Ave Esmeralda PMB 396 Ste 11
Guaynabo, PR  00965


MEDICAL BIOTRONICS INC.
PO Box 2952
Bayamon, PR  00960-2952


MEDIKA INTERNATIONAL INC
PO Box 360888
San Juan, PR  00936-0888
```

```
MEDIMAX-RSI
PO Box 9207
Caguas, PR  00726-9207


Miranda Printing
30 Algarin
Juncos, PR  00777


MUJICA GROUP Integrated Communication
Carr.
174 Calle F # 1
Bayamon, PR  00959-5157


MUNICIPIO DE AGUADILLA
PO Box 1008
Aguadilla, PR  00605-1008


Municipio DE CANOVANAS
PO Box 1612
Canovanas, PR  00729-1612


Municipio de Luquillo
PO Box 1012
Luquillo, PR  00773-1012


NAG INTERNATIONAL DISTRIBUTORS LLC
Hacienda Margarita
243 Calle Melao
Luquillo, PR  00773-3029
```

PNV BANK NA
500 First Avenue,P7-Pfsc-03-Q,
Pittsburgh, PA   15219-


PORFIRIO A. TOLEDO Y ASOCIADOS, INC.
62 E REPARTO METROPOLITANO # 1186
San Juan, PR   00901-3134


PR Treasury Department
PO BOX 9024140
San Juan, PR   00902-4140


PROGRESSIVE
PO Box 42004
San Juan, PR   00940-2204


Puerto Rico Department of Labor
Bureau of Legal Affairs - 18th Floor
PO Box 71592
San Juan, PR   00936-8692


PUERTO RICO HOSPITAL SUPPLY INC
BARRIO MARTIN GONZALEZ CARR
860 KM 0.1
Carolina, PR   00979-0158


RAD ELECTRIC & GENERATOR SERVICE L.L.C.
PO Box 702
Comerio, PR   00782-0702

```
REAL BURN CORP.
HC 11 Box 48946
Caguas, PR  00725-9028


RISKONE HR CONSULTING LLC
PO Box 13918
San Juan, PR  00908-3918


Sabana Medical waste
RR 8 Box 2099
Bayamon, PR  00956-9826


SANTURCE X RAY AND MEDICAL SUPPLY CORP
PO Box 11749
San Juan, PR  00910-2849


STATE INSURANCE FUND CORPORATION
PO Box 365028
San Juan, PR  00936-5028


STERICYCLE INC
2355 Waukegan Rd
Bannockburn, IL  60015-1586


STERICYCLE-SHRED-IT
2355 Waukegan Rd
Bannockburn, IL  60015-1586
```

```
T PRINT SIGNS CORP.
Calle
2 A-19 Urb Magnolia Gdns
Bayamon, PR  00956


The Alamo Investment
Carr.
2 Km 19 Barrio Candelaria
Toa Baja, PR  00949


The office shop
PO Box 194915
San Juan, PR  00919-4915


THE PRINTMAKER CORPORATION
161 San Jorge St Ste 402-A
San Juan, PR  00901


TRIBUNAL SUPERIOR DE FAJARDO
PO Box 70009
Fajardo, PR  00738-7009


TRIPLE S
PO Box 71548
San Juan, PR  00936-8648


TRIPLE S-VIDA
PO Box 71548
San Juan, PR  00936-8648
```

```
UATTEND
2777 Loker Ave W Ste A
Carlsbad, CA  92010-6518


US SMALL BUSINESS ADMINISTRATION
COMMERCIAL LOAN SERVICING CENTER
2120 Riverfront Dr Ste 100
Little Rock, AR  72202-1794


WORLD FINANCIAL CORPORATION
PO Box 364027
San Juan, PR  00936-4027


WORLDNET TELECOMUNICATIONS
CENTERO INTERNACIONAL MERCADEO
90 SUITE 201-02
Guaynabo, PR  00965-8059
```