| **Fill in this information to identify the case:** |
| --- |

| Debtor name | **INSIGHT MANAGEMENT GROUP INCORPORATED** |
| --- | --- |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | **23-00506** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **Declaration and signature** |
| --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 13, 2023__     X **/s/ JOSE A ROMERO CRUZ**
_____
Signature of individual signing on behalf of debtor

**JOSE A ROMERO CRUZ**
_____
Printed name

**PRESIDENT**
_____
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name  **INSIGHT MANAGEMENT GROUP INCORPORATED**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)   **23-00506**

☐ Check if this is an amended filing

---

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $  **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................  $  **1,107,324.50**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................  $  **1,107,324.50**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $  **1,240,765.16**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $  **541,319.99**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$  **2,503,692.73**

4.  Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b     $  **4,285,777.88**

| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor name   **INSIGHT MANAGEMENT GROUP INCORPORATED**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)   **23-00506**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BANK ACCOUNT HELD AT ORIENTAL BANK (POS)** | **CHECKING ACCOUNT** | **0028** | **$6,038.51** |
| 3.2. | **BANK ACCOUNT HELD AT ORIENTAL BANK** | **CHECKING ACCOUNT** | **4677** | **$29,857.70** |
| 3.3. | **BANK ACCOUNT HELD AT BANCO POPULAR** | **CHECKING ACCOUNT** | **8003** | **$829.41** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

| | |
|---|---|
| | **$36,725.62** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **BPPR-CD 2437** | **$75,742.23** |

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**          Case number *(If known)*   **23-00506**
　　　　　 Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **Madison Funding, Description: Siemens Sensation Open 40**                               **$8,366.75**

---

    8.2.  **Madison Funding, Description: Siemens Sensation Open 40 S/N: 57069 and GMPVS080 RAAD 80 Volvo Penta GMPVS080**          **$11,250.00**

---

9.  **Total of Part 2.**                                                                  **$95,358.98**
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:        **105,645.86**    -    **0.00**    = ....    **$105,645.86**
    　　　　　　　　　　　　face amount　　　　　　　doubtful or uncollectible accounts

---

    11b. Over 90 days old:           **38,756.92**    -    **38,756.92**    =....    **$0.00**
    　　　　　　　　　　　　face amount　　　　　　　doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                               **$105,645.86**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**          Case number *(If known)*  **23-00506**
         Name

| | | | | |
|---|---|---|---|---|
| **SEE EXHIBIT B-**<br>**Canovanas Supply**<br>**$1,306.33; Luquillo**<br>**$179.71** | **1/26/2023** | **$1,486.04** | | **$1,486.04** |

| | | | |
|---|---|---|---|
| 23. | **Total of Part 5.** | | **$1,486.04** |
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture & Fixture- Canovanas**<br>**Computers 38, Desks And Accessories 24,**<br>**Lobby Chairs 29, printers 2, Secretarial Chairs**<br>**19, Telephones 14**<br>**Brochure Distribution Tables 6, Lockers 1,**<br>**Patient Study Tables 2, File Cabinets 2** | **$18,128.00** | **Market Value** | **$18,128.00** |
| | **Furniture & Fixture-Luquillo**<br>**Computers 5, Desks And Accessories 4,**<br>**Lobby Chairs 20, printers 1, Secretarial Chairs**<br>**7, Telephones  5**<br>**Brochure Distribution Tables 2, Patient Study**<br>**Tables 2, File Cabinets 2** | **$3,672.00** | **Market Value** | **$3,672.00** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and**
      **communication systems equipment and software**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **INSIGHT MANAGEMENT GROUP INCORPORATED**              Case number *(If known)*  **23-00506**
<sub>Name</sub>

| | | | |
|---|---|---|---|
| **CANOVANAS: CT- Siemens Sensation Open 40 S/N:57069 and GMPVS080 RAAD 80 Volvo Penta GMPVS080** | $14,104.00 | | $14,104.00 |
| **LUQUILLO: CT- Siemens Sensation Open 40 S/N 49750** | $14,104.00 | | $14,104.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| $50,008.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Canovanas:**<br>**Film Scanner ( iCRco), DEXA (Hologic), Digital Mammo (Hologic), X-Ray (Siemens), CT Scan (Siemens)CT Scan (Soft) , MRI (Philips), CR (Konica), L/H Improvements, Software Mammography RIS**<br>**Business Software, Internet and Data Installation, Building Signage, Other Medical Equipment** | $362,829.00 | | $362,829.00 |
| **Luquillo:**<br>**DEXA (GE), Ultrasound (Siemens), CT Scan (Soft), CR ( Carestream), L/H Improvements** | $70,505.00 | | $70,505.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number *(If known)* | **23-00506** |
|---|---|---|---|
| | Name | | |

| 51. | **Total of Part 8.** | | **$433,334.00** |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **19.3 Canóvanas Pr # 3, Canovanas, PR 00729** | Lessee | $0.00 | | $0.00 |
| 55.2.  **Luquillo Plaza LLC. Commercial Space No. 20 with approximately 2,582 Sq. Ft.;** | Lessee | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** | | **$0.00** |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number *(If known)* **23-00506** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable** | |
|---|---|---|
| | Description (include name of obligor) | |

| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
|---|---|---|---|
| | Description (for example, federal, state, local) | | |
| | **2013,  2016, 2018, 2019 and 2020** | Tax year _____ | **$384,766.00** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Monies hold by PR Treasure product of 7% Retainage by Insurance Carrier of Professional Services rendered by Debtor to said Insurance Carrier and sent to PR Treasury from 2007 to 2017. Tax Overpayment.**

| Nature of claim | **Contigent Claim** |
|---|---|
| Amount requested | **$1,170,288.50** |

$0.00

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78. | **Total of Part 11.** | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | **$384,766.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**   Case number *(if known)*  **23-00506**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $36,725.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $95,358.98 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $105,645.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,486.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,008.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $433,334.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $384,766.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,107,324.50 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,107,324.50 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

The Right Answer, Inc - Quick Medical Billing (MBS/2008 - All rights reserved)

Fecha del Reporte: 3/9/2023

## Resumen del Aging del Seguro

| Seguro | Nombre | 0 - 30 | 31-60 | 61-90 | 91-120 | 121-150 | Sobre 150 | Balance |
|---|---|---|---|---|---|---|---|---|
| 049 | ASOC DE MAESTROS | $220.00 | $110.50 | $58.50 | $0.00 | $0.00 | $42.00 | $431.00 |
| 502 | AUXILIO SALUD PLUS | $19.50 | $414.80 | $44.10 | $0.00 | $0.00 | $538.66 | $1,017.06 |
| 036 | BC BS | $100.00 | $317.00 | $0.00 | $0.00 | $272.64 | $0.00 | $689.64 |
| 009 | HUMANA GOLD PLUS | $314.41 | $753.83 | $106.39 | $0.00 | $0.00 | $152.51 | $1,327.14 |
| 010 | HUMANA INSURANCE | $407.50 | $1,483.15 | $206.25 | $0.00 | $0.00 | $0.00 | $2,096.90 |
| 121 | IMC VITAL | $709.18 | $2,599.03 | $513.33 | $1,034.15 | $0.00 | $946.28 | $5,801.97 |
| 038 | INTERNATIONAL M C | $1,349.80 | $2,416.48 | $1,478.19 | $0.00 | $0.00 | $581.90 | $5,826.37 |
| 029 | MAPFRE LIFE INS | $641.80 | $54.60 | $0.00 | $0.00 | $0.00 | $142.15 | $838.55 |
| 044 | MCS | $2,055.80 | $2,086.60 | $99.27 | $164.02 | $90.25 | $583.76 | $5,079.70 |
| 024 | MCS CLASSICARE | $6,440.85 | $6,213.54 | $1,147.85 | $28.74 | $2,654.57 | $4,773.01 | $21,258.56 |
| 043 | MEDICARE | $602.58 | $338.97 | $177.71 | $26.71 | $131.38 | $1,176.27 | $2,453.62 |
| 501 | MENONITA | $179.58 | $135.00 | $0.00 | $0.00 | $50.00 | $0.00 | $364.58 |
| 120 | MENONITA VITAL | $237.47 | $73.12 | $298.96 | $213.44 | $433.14 | $620.61 | $1,876.74 |
| 087 | MMM HC | $14,357.97 | $4,369.98 | $387.88 | $161.27 | $198.09 | $2,479.54 | $21,954.73 |
| 079 | MMM VITAL | $9,363.19 | $12,114.71 | $1,779.23 | $2,417.72 | $777.68 | $7,250.37 | $33,702.90 |
| 033 | P MC CHOICE | $0.00 | $0.00 | $35.00 | $0.00 | $35.00 | $16.06 | $86.06 |
| 068 | SSS | $4,054.10 | $9,204.98 | $1,369.35 | $886.80 | $2,155.95 | $3,136.57 | $20,807.75 |
| 039 | SSS ADVANTAGE | $3,993.48 | $1,434.37 | $799.17 | $237.16 | $0.00 | $1,308.46 | $7,772.64 |
| 069 | SSS VITAL | $1,014.92 | $6,057.45 | $617.63 | $15.82 | $141.00 | $1,763.27 | $9,610.09 |
| 026 | TRICARE ACTIVO | $0.00 | $86.81 | $0.00 | $339.49 | $0.00 | $241.60 | $667.90 |
| 102 | TRICARE FOR LIFE | $0.00 | $0.00 | $0.00 | $0.00 | $96.72 | $401.00 | $497.72 |
| 001 | TRICARE STANDARD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41.16 | $41.16 |
| 088 | UNITEDHEALTHCARE | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 |
| | **Total:** | $46,262.13 | $50,264.92 | $9,118.81 | $5,525.32 | $7,036.42 | $26,195.18 | $144,402.78 |

| EXHIBIT B | | | | |
|---|---|---|---|---|
| **INSIGHT MANAGEMENT GROUP INCORPORATED**<br>**Period January 2023** | | | | |
| **Supply Inventory Luquillo** | | **Supply Inventory Canovanas** | | |
| **Description:** | **Box / case** | **Description:** | **Box / case** | |
| STD Paper Exam Smooth 21x225 (Papel Camilla) | 12 | STD Paper Exam Smooth 21x225 (Papel Camilla) | 12 | |
| Coiled Tubing 60"  (1/pt WC) CT | 50 | Optiray 320 X 100 ML (inj-abd, pelv 1ea) 60% proc | 20 | |
| Mammowipe in dispenser (Limpiar Seno Paciente) | 50 | Optiray 320-50 ML SYR (inj-head, chest -30% proc) 3 ea | 20 | |
| Towel 3Ply Sonogram 13 x 19 | 500 | Ultrasite NF Valve 100/CS | 100 | |
| ReadiCat (oral-abd, pelv 1 ea) 40% proc | 24 | Optiray 320-125 ML  (inj-abd&pelv vascular1ea) 10% Proc | 20 | |
| Optiray 320 X 100 ML (inj-abd, pelv 1ea) 60% proc | 20 | Optimark 20 | 10 | |
| Optiray 320-50 ML SYR (inj-head, chest -30% proc) 3 ea | 20 | Jeringuilla 20cc | 50 | |
| Ultrasite NF Valve 100/CS | 100 | Injector Kit | 50 | |
| Optiray 320-125 ML  (inj-abd&pelv vascular1ea) 10% Proc | 20 | Batas cortas de papel | 100 | |
| Optimark 20 | 10 | Customguard Surg Glove L/F 8 | 50 | |
| Jeringuilla 20cc | 50 | Spinal NDL Anest 20x3-1/2 | 25 | |
| Injector Kit | 50 | Tower 18x26 W/3" Frenetration | 50 | |
| Batas cortas de papel | 100 | Gasas Esteriles | 25 | |
| Customguard Surg Glove L/F 8 | 50 | Optiray 320-50 ML SYR (4cc por artrograma) | 20 | |
| Lidocaine 1% 50cc vial | 50 | Optimark 20 | 10 | |
| NCL .9% Inj Pab 50/100 | 84 | | | |
| Povidone Pre Pad Med | 100 | | | |
| Spinal 20GA 6 in 9 x 152m | 10 | | | |
| Spinal NDL Anest 20x3-1/2 | 25 | | | |
| Tower 18x26 W/3" Frenetration | 50 | | | |
| Gasas Esteriles | 25 | | | |
| Optiray 320-50 ML SYR (4cc por artrograma) | 20 | | | |
| Optimark 20 | 10 | | | |
| **Total** | $     2,500.00 | | $   1,500.00 | |

| | |
|---|---|
| | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>INSIGHT MANAGEMENT GROUP INCORPORATED</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF PUERTO RICO, SAN JUAN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td><b>23-00506</b></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.1   Banco Popular de PR**
Creditor's Name

Describe debtor's property that is subject to a lien
**BPPR-CD 2437**                    **$74,736.39**          **$75,742.23**

**PO BOX 362708**
**San Juan, PR 00936-2708**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8003**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.2   Cloquet Capital Partners LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**SEE EXHIBIT A**                   **$521,800.00**          **$468,474.86**

**285 Hawks Hill Rd**
**New Canaan, CT 06840-6549**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | INSIGHT MANAGEMENT GROUP INCORPORATED | Case number (if known) | 23-00506 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Madison Capital** | **Describe debtor's property that is subject to a lien** | **$140,000.00** | **$47,824.75** |
|---|---|---|---|---|

Creditor's Name

**11433 Cronridge Dr Ste F
Owings Mills, MD
21117-2294**

Creditor's mailing address

**CANOVANAS: CT- Siemens Sensation Open
40 S/N:57069 and GMPVS080 RAAD 80 Volvo
Penta GMPVS080**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Madison Capital
2. Madison Funding LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.4 | **Madison Funding LLC** | **Describe debtor's property that is subject to a lien** | **$4,228.77** | **$19,616.75** |
|---|---|---|---|---|

Creditor's Name

**11433 Condrigue Dr Ste F
Owings Mills, MD 21117**

Creditor's mailing address

**Madison Funding, Description: Siemens
Sensation Open 40**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Madison Capital
2. Madison Funding LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.5 | **PNV BANK NA** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**500 First
Avenue,P7-Pfsc-03-Q,
Pittsburgh, PA 15219-**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (if known) | **23-00506** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **US SMALL BUSINESS ADMINISTRATION** | Describe debtor's property that is subject to a lien | **$500,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**COMMERCIAL LOAN SERVICING CENTER
2120 Riverfront Dr Ste 100
Little Rock, AR 72202-1794**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  **$1,240,765.16**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **INSIGHT MANAGEMENT GROUP INCORPORATED**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)   **23-00506**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$3,014.60** | **$0.00** |

**MUNICIPIO DE AGUADILLA**

**PO Box 1008**
**Aguadilla, PR 00605-1008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2022**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | **$24,718.89** | **$0.00** |

**Municipio DE CANOVANAS**

**PO Box 1612**
**Canovanas, PR 00729-1612**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2020 to 2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (if known) | **23-00506** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,013.05** | $0.00 |
|---|---|---|---|---|
| | **Municipio de Luquillo** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **PO Box 1012**<br>**Luquillo, PR 00773-1012** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$473,193.03** | $0.00 |
|---|---|---|---|---|
| | **PR Treasury Department** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **PO BOX 9024140**<br>**San Juan, PR 00902-4140** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$26,684.68** | $0.00 |
|---|---|---|---|---|
| | **Puerto Rico Department of Labor Bureau of Legal Affairs - 18th Floor**<br>**PO Box 71592**<br>**San Juan, PR 00936-8692** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,695.74** | $0.00 |
|---|---|---|---|---|
| | **STATE INSURANCE FUND CORPORATION** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **PO Box 365028**<br>**San Juan, PR 00936-5028** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | INSIGHT MANAGEMENT GROUP INCORPORATED | Case number (if known) | 23-00506 |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | $618.27

A.R. DISTRIBUTORS CLEANING SUPPLIES
Urb. Crown Hill
1791 Calle Jajome
San Juan, PR 00926-6034

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | $8,580.00

ADECCO PERSONNEL SERVICES, INC.

PO Box 1151
Manati, PR 00674-1151

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | $33,044.87

Adsuar, Muñiz, Goyco, Seda & Pérez-Ochoa

PO Box 70294
San Juan, PR 00936-8294

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | $17,995.34

AJ & ASSOCIATES P.S.C.

PO Box 361274
San Juan, PR 00936-1274

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | $6,179.20

Alamo Investment

PO Box 8115
San Juan, PR 00910-0115

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | $8,387.59

Alpha Biomedical & Diagnostic Corp

PO Box 670
Caguas, PR 00726-0670

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | $1,700.00

American College of Radiology

PO Box 412722
Boston, MA 02108-2722

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (If known) | **23-00506** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address
**Aquino, De Córdova, Alfaro & Co., LLP**

PO Box 70262
San Juan, PR 00936-8262

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,622.48**

---

**3.9** | Nonpriority creditor's name and mailing address
**AT & T MOBILITY**

103 Ave Ortegon Apt In
Guaynabo, PR 00966-2505

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$28,498.47**

---

**3.10** | Nonpriority creditor's name and mailing address
**Autoridad de Acueductos Alcantarillados**

PO Box 7066
San Juan, PR 00916-7066

Date(s) debt was incurred __

Last 4 digits of account number **5574**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,457.34**

---

**3.11** | Nonpriority creditor's name and mailing address
**Autoridad de Acueductos Alcantarillados**

PO Box 7066
San Juan, PR 00916-7066

Date(s) debt was incurred __

Last 4 digits of account number **5301**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,643.68**

---

**3.12** | Nonpriority creditor's name and mailing address
**BIO COUNSELORS AT LAW, LLC**
**Plaza**
**273 Suite 912 273 Ponce de Leon Ave**
**San Juan, PR 00901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$13,540.13**

---

**3.13** | Nonpriority creditor's name and mailing address
**BUSINESS ADVISORS CORP.**

B16 Sunset Sunrise Palmas del Mar
Humacao, PR 00791

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**CARIBBEAN STONE PRODUCT, INC.**

PO Box 86
Vega Baja, PR 00694-0086

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,075.43**

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**                 Case number (if known)   **23-00506**
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CG PRINTING GROUP LLC**

PO Box 30
Canovanas, PR 00729-0030

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229,102.03 |
|---|---|---|---|

**CIRACET Corp.**

PO Box 8970
Ponce, PR 00732-8970

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,414.96 |
|---|---|---|---|

**Computer Inn Corp**

145 F D ROOSEVELT AVE
San Juan, PR 00901-2403

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.05 |
|---|---|---|---|

**CONWASTE BIOM**

PO Box 1322
Gurabo, PR 00778-1322

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,799.93 |
|---|---|---|---|

**CRESPO REFRIGERATION SERVICE & AIR CONDI**
URB. GUANAJIBO HOME
599 Blvd Guanajibo
Mayaguez, PR 00682-1142

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,188,163.10 |
|---|---|---|---|

**CRIM**

PO BOX 195387
San Juan, PR 00919-5387

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **2428**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**DEPARTAMENTO DE SALUD**

PO Box 70184
San Juan, PR 00936-8184

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (if known) | **23-00506** |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,995.33**

DLA IMAGING LLC
10 Calle S
# M RIVERA FERRER URB SAN PATRICIO
Guaynabo, PR 00965-5222

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

DUI INC  P/C IMAGE FIRST, LLC.

PO BOX 1325
Cayey, PR 00736

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,056.09**

FB PROPERTIES, INC.
PMB 465
 # 90 AVE RIO HONDO
Bayamon, PR 00956-3105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,150.00**

FEDERAL AND DRUG ADMNISTRATION
MQSA Program
466 Fernandez Juncos Ave
San Juan, PR 00901-3223

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$260.91**

FIRE FOE, INC.

PO Box 4656
Carolina, PR 00984-4656

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$369.20**

GA DE PUERTO RICO
Urb. Las Palmas de Cerro Gordo
E24 Ave Las Palmas
Vega Alta, PR 00692

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,434.53**

GUERBET CARIBBEAN INC

PO Box 9022946
San Juan, PR 00902-2946

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (if known) | **23-00506** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,501.51 |
|---|---|---|---|

**INTEGRUM LLC**

1 Calle Villegas Apt 7301
Guaynabo, PR 00971-9239

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**IRS**

PO Box 80110
Cincinnati, OH 45280-0110

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jasmin Rodriguez Garcia
Condominio Midtown
421 Ave Munoz Rivera # 205
San Juan, PR 00918-3115**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,735.35 |
|---|---|---|---|

**LANDAUER INC`**

2 Science Rd
Glenwood, IL 60425-1531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,067.30 |
|---|---|---|---|

**Liberty CableVision**

PO Box 192296
San Juan, PR 00919-2296

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243,887.10 |
|---|---|---|---|

**LUMA**

PO Box 363508
San Juan, PR 00936-3508

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,671.33 |
|---|---|---|---|

**LUMA**

PO Box 363508
San Juan, PR 00936-3508

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (if known) | **23-00506** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,046.70 |
|---|---|---|---|

**LUMA**

PO Box 363508
San Juan, PR 00936-3508

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.45 |
|---|---|---|---|

**McKESSON MEDICAL & VACCINE**

6555 State Highway 161
Irving, TX 75039-2402

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,532.87 |
|---|---|---|---|

**MDTIMELINE, LLC**

405 Ave Esmeralda PMB 396 Ste 11
Guaynabo, PR 00965

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.48 |
|---|---|---|---|

**MEDICAL BIOTRONICS INC.**

PO Box 2952
Bayamon, PR 00960-2952

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,677.96 |
|---|---|---|---|

**MEDIKA INTERNATIONAL INC**

PO Box 360888
San Juan, PR 00936-0888

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,715.65 |
|---|---|---|---|

**MEDIMAX-RSI**

PO Box 9207
Caguas, PR 00726-9207

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284.54 |
|---|---|---|---|

**Miranda Printing**

30 Algarin
Juncos, PR 00777

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (if known) | **23-00506** |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | **$5,000.00**

**MUJICA GROUP Integrated Communication Carr.**
174 Calle F # 1
Bayamon, PR 00959-5157

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | **$830.76**

**MUNICIPIO DE AGUADILLA**

PO Box 1008
Aguadilla, PR 00605-1008

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | **$68,804.15**

**Municipio DE CANOVANAS**

PO Box 1612
Canovanas, PR 00729-1612

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **2018 to 2019**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | **$11,206.70**

**Municipio de Luquillo**

PO Box 1012
Luquillo, PR 00773-1012

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | **$268.99**

**NAG INTERNATIONAL DISTRIBUTORS LLC**
Hacienda Margarita
243 Calle Melao
Luquillo, PR 00773-3029

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | **$2,055.31**

**PORFIRIO A. TOLEDO Y ASOCIADOS, INC.**

62 E REPARTO METROPOLITANO # 1186
San Juan, PR 00901-3134

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | **$182,169.12**

**PR Treasury Department**

PO BOX 9024140
San Juan, PR 00902-4140

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | __INSIGHT MANAGEMENT GROUP INCORPORATED__ | Case number (if known) | __23-00506__ |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,568.77 |
|---|---|---|---|

**PROGRESSIVE**

PO Box 42004
San Juan, PR 00940-2204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,214.95 |
|---|---|---|---|

**Puerto Rico Department of Labor**

■ Contingent
■ Unliquidated

Date(s) debt was incurred __

■ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,357.37 |
|---|---|---|---|

**PUERTO RICO HOSPITAL SUPPLY INC**
**BARRIO MARTIN GONZALEZ CARR**
**860 KM 0.1**
**Carolina, PR 00979-0158**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.58 |
|---|---|---|---|

**RAD ELECTRIC & GENERATOR SERVICE L.L.C.**

PO Box 702
Comerio, PR 00782-0702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,317.86 |
|---|---|---|---|

**REAL BURN CORP.**

HC 11 Box 48946
Caguas, PR 00725-9028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,622.40 |
|---|---|---|---|

**RISKONE HR CONSULTING LLC**

PO Box 13918
San Juan, PR 00908-3918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.38 |
|---|---|---|---|

**Sabana Medical waste**

RR 8 Box 2099
Bayamon, PR 00956-9826

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (if known) | 23-00506 |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.57 |
|---|---|---|---|

**SANTURCE X RAY AND MEDICAL SUPPLY CORP**

PO Box 11749
San Juan, PR 00910-2849

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,163.67 |
|---|---|---|---|

**STERICYCLE INC**

2355 Waukegan Rd
Bannockburn, IL 60015-1586

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,412.10 |
|---|---|---|---|

**STERICYCLE-SHRED-IT**

2355 Waukegan Rd
Bannockburn, IL 60015-1586

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**T PRINT SIGNS CORP.**
Calle
2 A-19 Urb Magnolia Gdns
Bayamon, PR 00956

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $653.68 |
|---|---|---|---|

**THE PRINTMAKER CORPORATION**

161 San Jorge St Ste 402-A
San Juan, PR 00901

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,201.77 |
|---|---|---|---|

**TRIPLE S**

PO Box 71548
San Juan, PR 00936-8648

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,250.00 |
|---|---|---|---|

**WEST COAST RADIOLOGY LLC**

PO Box 5103
Cabo Rojo, PR 00623-5103

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number (if known) | **23-00506** |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,090.43 |
|---|---|---|---|

**WORLDNET TELECOMUNICATIONS
CENTERO INTERNACIONAL MERCADEO
90 SUITE 201-02
Guaynabo, PR 00965-8059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adsuar Muniz, Seda, & Perrez-Ocho, PSC.**<br>**PO Box 70294**<br>**San Juan, PR 00936-8294** | Line **3.23**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Lcdo. Jose Carlos Velez Colon**<br>**1969 S Alafaya Trl # 379**<br>**Orlando, FL 32828-8732** | Line **3.31**<br><br>☐ Not listed. Explain ____ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 541,319.99 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,503,692.73 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,045,012.72 |

---

**Fill in this information to identify the case:**

Debtor name **INSIGHT MANAGEMENT GROUP INCORPORATED**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) **23-00506**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Canovanas; Office space No. A1 + A2, Approximately 4,678.25 Sq Ft Rental During Years 1-2: $11.85 per Sq Ft per year; $55,437.26 annually Years 3-5:$12.45 per Sq Ft per year; $58,244.21 annually Option Term Years 6-10 -$14.00 per Sq Ft per year; $65,495.50 annually** | |
| State the term remaining | **9/9/2022 to present** | |
| List the contract number of any government contract | | **ALAMO INVESTMENT GROUP LLC PO Box 8115 San Juan, PR 00910-0115** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Luquillo Plaza LLC. Commercial Space No. 20 with approximately 2,582 Sq. Ft.; Monthly Rent $2,582.00;** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Luquillo Plaza PO Box 366892 San Juan, PR 00936-6892** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Madison Capital Leases Detais: CT-Siemens Sensation Open 40 S/N:57069 and GMPVS080 RAAD 80 Volvo Penta GMPVS080. First payment was 12/15/2020 Last: 12/15/2025** | |
| | | **MADISON CAPITAL 11433 Cronridge Dr Ste F Owings Mills, MD 21117-2294** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1  **INSIGHT MANAGEMENT GROUP INCORPORATED**                                   Case number *(if known)*   **23-00506**
          First Name              Middle Name              Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of
any government contract          _____

**Fill in this information to identify the case:**

Debtor name     **INSIGHT MANAGEMENT GROUP INCORPORATED**

United States Bankruptcy Court for the:     DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)     **23-00506**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br><br>City          State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **INSIGHT MANAGEMENT GROUP INCORPORATED**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)  **23-00506**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,751,491.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,836,595.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**          Case number *(if known)*  **23-00506**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **SEE EXHIBIT C** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **SEE EXHIBIT D** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Puerto Rico Hospital Supply V. Insight Management Group, Inc**<br>**CN2021CV00048** | **Collection Money** | **SALA SUPERIOR DE CAROLINA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.  **Jasmin Rodriguez Rodriguez V. Insight Management**<br>**FA2022CV00623** | **Damage request for order** | **SALA SUPERIOR DE FAJARDO** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**   Case number *(if known)*   **23-00506**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Insight Management Group, INC V. Roberto Maldonado Cruz**<br>LU2018CV00169 | **Declaratory Judgment, Breach of Contract, Damages** | **SALA SUPERIOR DE FAJARDO** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Moraima Nevalrez Navedo V. Insight Management Group**<br>SJ2022CV02808 | **Collection Money** | **SALA SUPERIOR DE CAROLINA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Insight Management V. PR TREASURY**<br>SJ2023CV01360 | **IMPUGN AND REQUEST FOR CANCELLATION OF EMBARGO** | **SALA SUPERIOR DE SAN JUAN** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Insight Mnagement Group V. Department of Treasury**<br>SJ2022CV06736 | **IMPUGN AND REQUEST FOR CANCELLATION OF EMBARGO** | **TRIBUNAL DE PRIMERA INSTANCIA SAN JUAN**<br>PO Box 190887<br>San Juan, PR 00919-0887 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **DUI, INC P/C IMAGE FIRST, LLC. V. INSIGHT RADIOLOGY, INC.; INSIGHT MANAGEMENT GROUP, INC.**<br>CN2019CV00484 | **Collection of money** | **TRIBUNAL DE PRIMERA INSTANCIA CANOVANAS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number *(if known)* | **23-00506** |

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Vilarino & Associates PO BOX 9022515 SAN JUAN, PR 00902-2515** | **Retainer** | **2/21/2023** | **$12,247.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Vilarino & Associates PO BOX 9022515 San Juan, PR 00902-2515** | **Filing Fee** | **2-21-2023** | **$1,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

| Debtor | **INSIGHT MANAGEMENT GROUP INCORPORATED** | Case number *(if known)* | **23-00506** |
|---|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Insight Management Group Inc**<br>**PO Box 1633**<br>**Canovanas, PR 00729-1633** | **Radiology & Imaging services for diagnostic** | **N/A** |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider.<br>**Local 1: East Medical & Professional Center**<br>**Carr. PR 19.3 PR # 3 Canovanas, PR 00729**<br>**Local 2: Luquillo Plaza**<br>**5 PR-193, Luquillo, 00773** | How are records kept?<br><br>*Check all that apply:* |
| | | | ■ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Patients Medical and Personal Information**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **INSIGHT MANAGEMENT GROUP INCORPORATED**        Case number *(if known)*  **23-00506**

---

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**                     Case number *(if known)*  **23-00506**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **AJ & Associates P.S.C**<br>**PO Box 216**<br>**San Lorenzo, PR 00754-0216** | **2019-2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JOSE A ROMERO CRUZ** | **PO Box 1633**<br>**Canovanas, PR 00729-1633** | **PRESIDENT AND SHAREHOLDER** | **20%** |
| **Cloquet Capital Partners LLC** | **285 Hawks Hill Rd**<br>**New Canaan, CT 06840-6549** | **SHAREHOLDER** | **79%** |
| **SEE EXHIBIT E** | | | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **INSIGHT MANAGEMENT GROUP INCORPORATED**         Case number *(if known)*  **23-00506**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **SEE EXHIBIT D** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 13, 2023**

**/s/ JOSE A ROMERO CRUZ**                    **JOSE A ROMERO CRUZ**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **PRESIDENT**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

# Insight Management Group, Inc.
## Check Detail

List of Payments 90 Days before filing this case

| Date | Transaction Type | Num | Name | Memo/Description | Amount |
|------|------------------|-----|------|------------------|--------|
| 11/03/2022 | Bill Payment (Check) | 17205 | Computer Inn | Suplidor | -6,621.16 |
| 11/03/2022 | Bill Payment (Check) | 17209 | BIO Couselors at Law | Abogados | -6,654.75 |
| 11/03/2022 | Bill Payment (Check) | 17212 | Riskone HR Consulting, LLC | Suplidor | -9,193.60 |
| 11/04/2022 | Bill Payment (Check) | ONL-11/04/2022 WIRE TRANSFER | Autoridad de Energia Electrica - Canovanas | Utilities | -23,664.82 |
| 11/04/2022 | Bill Payment (Check) | | CIRACET | Suplidor | -23,472.82 |
| 11/30/2022 | Bill Payment (Check) | 17242 | The Alamo Investment | Suplidor-Renta de Canovanas | -6,742.88 |
| 11/30/2022 | Bill Payment (Check) | 17235 | Wilmarie Rivera Hernandez, MD | Radiologos | -14,275.00 |
| 12/02/2022 | Bill Payment (Check) | 17236 | DLA IMAGING LLC | Radiologos | -15,997.67 |
| 12/30/2022 | Bill Payment (Check) | 17251 | Riskone HR Consulting, LLC | Suplidor | -7,030.40 |
| 12/30/2022 | Bill Payment (Check) | 17254 | Alvaro Bravo | Radiologos | -14,007.00 |
| 12/30/2022 | Bill Payment (Check) | 17240 | Computer Inn | Suplidor | -8,314.44 |
| 01/11/2023 | Bill Payment (Check) | 17260 | West Coast radiology LLC | Suplidor | -7,490.00 |
| 01/20/2023 | Bill Payment (Check) | 17264 | DLA IMAGING LLC | Radiologos | -6,500.00 |
| 01/20/2023 | Bill Payment (Check) | 17265 | Wilmarie Rivera Hernandez, MD | Radiologos | -9,150.00 |
| 01/27/2023 | Bill Payment (Check) | ACH-8003 | Triple-S | Health Insurance | -6,698.48 |
| 01/30/2023 | Bill Payment (Check) | 17276 | Alvaro Bravo | Radiologos | -15,495.00 |

Exhibit D- SOFA #4 and #30

# Insight Management Group, Inc.
## Check Detail
### Jose Romero-Payroll
### 110001 Checking Account (BPPR-8003)

| Date | Transaction Type | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|---|
| 06/10/2022 | Check | 17015 | José A. Romero | Payroll 5/23/22-6/5/22 | -2,455.46 |
| 06/24/2022 | Check | 17057 | José A. Romero | Payroll 6/6/22-6/19/2022 | -2,455.46 |
| 07/08/2022 | Check | 17154 | José A. Romero | Payroll 06/20/22 - 07/03/22 | -2,455.46 |
| 07/22/2022 | Check | 17133 | José A. Romero | Payroll 7/04/22-7/17/22 | -2,455.46 |
| 08/05/2022 | Check | 1527 | José A. Romero | Payroll  8/5/22 | -2,455.46 |
| 08/19/2022 | Check | 1600 | José A. Romero | Payroll  8/19/22 | -2,455.46 |
| 09/02/2022 | Check | 1682 | José A. Romero | Payroll 9/2/22 | -2,455.46 |
| 09/16/2022 | Bill Payment (Check) | 100011 | José A. Romero | Payroll 9/16/2022 | -2,455.46 |
| 10/28/2022 | Bill Payment (Check) | 100115 | José A. Romero | Payroll 10/28/2022 | -2,455.46 |
| 11/11/2022 | Bill Payment (Check) | 100140 | José A. Romero | Payroll 11/11/2022 | -2,455.46 |
| 11/25/2022 | Bill Payment (Check) | 100191 | José A. Romero | Payroll 11/25/2022 | -2,455.46 |
| 12/09/2022 | Bill Payment (Check) | 100216 | José A. Romero | Payroll 12/9/2022 | -2,455.46 |
| 01/05/2023 | Bill Payment (Check) | 100323 | José A. Romero | Payroll 1/5/2023 | -2,455.46 |
| 01/20/2023 | Bill Payment (Check) | 100350 | José A. Romero | Payroll 1/20/2023 | -2,455.46 |

**CORPORATE OFFICERS, PARTNERS, OR SOLE PROPIETORSHIP**


The six owners of Insight Radiology (besides José Romero and Cloquet Capital
Partners, LLC), totaling less than 1.0% are:


- Estate of Raymond E. Joslin (Ray Joslin is deceased)
- Francene Kipp
- David K. Joslin
- José Luis Novas-Dueno, Esq. (deceased)
- Francisco de la Cruz, M.D.
- Sonia Jiménez and Obed Figueroa

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re   **INSIGHT MANAGEMENT GROUP INCORPORATED**

Debtor(s)

Case No.   **23-00506**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cloquet Capital Partners LLC**<br>**285 Hawks Hill Rd**<br>**New Canaan, CT 06840-6549** | **General Partner** | **79** | |
| **Jose Romero** | **General Partner** | **20** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 13, 2023**

Signature   **/s/ JOSE A ROMERO CRUZ**

**JOSE A ROMERO CRUZ**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 2023 CINGroup - www.cincompass.com